### GREASON *v.* THE STATE.

1. Upon the trial of a murder case evidence that upon an application for bail the judge had released the accused upon a bond of a small amount was not relevant to the issue.
2. The evidence was of such a character as to authorize an instruction upon the law of mutual combat.
3. The evidence authorized the verdict.

Argued October 21, — Decided October 30, 1903.

Conviction of manslaughter.          Before Judge Lewis.          Greene superior court.          September 21, 1903.

*James B. Park*, for plaintiff in error.
*Joseph E. Pottle, solicitor-general*, contra.

COBB, J.          The accused was charged with murder, and convicted of voluntary manslaughter.          He assigns error upon the refusal of the judge to grant him a new trial.          The rulings contained in the headnotes dispose of all the questions of law raised by the motion for a new trial.          The evidence authorized the verdict, and we see no reason for reversing the judgment.

*Judgment affirmed. All the Justices concur.*